### WOLINSKY v NATIONAL CASUALTY CO

Ohio Supreme Court

No. 22636. Decided June 3, 1931

Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**